■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD C. BRADSHAW, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County, imposed August 7, 1979, upon his conviction of criminal sale of a controlled substance in the third degree, after a plea of guilty, the sentence being an indeterminate prison term of from two and one-half years to life. Sentence modified, as a matter of discretion in the interest of justice, by adding thereto a provision that it shall be served concurrently with the undischarged term of defendant's

Federal sentence. As so modified, sentence affirmed. In our opinion the interest of justice will be served by this modification. Gulotta, J. P., Cohalan, Margett and Martuscello, JJ., concur.